### McLean, trustee, *et al. v.* Speer.

Hill, J.   1. Where a bank, in the exercise of a power of sale contained
in a mortgage held by it as collateral security for a note made by the
mortgagor, sells the land, and thereafter the purchaser, on the strength
of a deed executed by the bank as attorney in fact for the mortgagor,
institutes suit against the mortgagor to recover possession of the land,
the bank has no such pecuniary interest in the suit as would disqualify
relatives of the stockholders of the bank as jurors from trying the
case.

2. Some of the grounds of the amended motion for new trial were aban-
doned, and the others are without merit.

3. The verdict for the plaintiff was supported by the evidence, and there
was no error in refusing a new trial.

        *Judgment affirmed.   All the Justices concur.*

        No. 991.   January 15, 1919.

Equitable petition.   Before Judge Lawrence (of the city court
of Baxley).   Appling superior court.   May 14, 1918.

*W. W. Bennett,* for plaintiffs in error.

*Padgett & Watson,* contra.